NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Travis D Schuetz, | No. CV-22-02076-PHX-SRB (MTM) |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

On November 30, 2023, the Magistrate Judge issued a Report and Recommendation recommending that Plaintiff's First Amended Complaint be dismissed without prejudice as to Defendant Bucknell under Rules 4(m) and 41(b), Fed. R. Civ. P. because Plaintiff has failed to serve the Summons and Complaint on Defendant Bucknell as Ordered by the Court. (Doc. 20)

In his Report and Recommendation, the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the order of this Court. (Doc. 40)

. . .

**IT IS FURTHER ORDERED** dismissing Defendant Bucknell without prejudice.

Dated this 4th day of January, 2024.

_____
Susan R. Bolton
United States District Judge